

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00299-CR

Robert **AGUILAR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12632
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

After this court granted appellant's first request for an extension of time to file his brief, the brief was due November 15, 2017. Appellant has now filed a second motion for extension of time, asking for an additional thirty days in which to file his brief. We **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before December 15, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court